| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ROLAN SANCHEZ, §
　　　　　　　　　　　　　　　　　§
　　　　　Petitioner, §
　　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:24-CV-457
　　　　　　　　　　　　　　　　　§
WARDEN, FCI BEAUMONT MEDIUM, §
　　　　　　　　　　　　　　　　　§
　　　　　Respondent. §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

　　Petitioner Rolan Sanchez, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. The magistrate judge recommended dismissing the petition for want of prosecution.

　　To date, the parties have not filed objections to the Report and Recommendation. The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of facts and conclusion of law of the United States Magistrate Judge are correct. Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

　　SIGNED at Beaumont, Texas, this 7th day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE